

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-92,143-01

### EX PARTE BRADLEY THOMAS TIMS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR48112-A IN THE 385TH DISTRICT COURT FROM MIDLAND COUNTY

*Per curiam.*

## O R D E R

Applicant entered an open plea of guilty to two counts of obstruction or retaliation, and was sentenced to forty years' imprisonment. The Eleventh Court of Appeals affirmed his conviction. *Tims v. State*, No. 11-17-00109-CR (Tex. App. — Eastland April 11, 2019) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

This Court remanded this matter to the trial court to obtain affidavits and findings addressing Applicant's claims. While the case was on remand, Applicant filed an amended application in the trial court, raising additional claims. In response to this Court's remand order, the trial court made findings of fact and conclusions of law. Although most of the trial court's findings of fact and

conclusions of law are supported by the record, the trial court finds that Applicant's amended application was untimely filed. The trial court finds that the filing of the amended application on the day after the deadline for filing affidavits did not allow enough time for evaluation and response to the claims raised therein so that the trial court could comply with the deadlines contained in this Court's remand order. Although the trial court did not specifically address the merits of the claims raised in Applicant's amended application, this Court has reviewed those claims and finds them to be without merit.

Based on the trial court's findings and conclusions and this Court's independent review of the entire record, relief is denied.

Filed: August 25, 2021
Do not publish